# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MICHAEL MCNEIL,

Plaintiff,

v.

WILLIAM GITTERE, *et al.*,

Defendants.

Case No. 3:24-CV-00188-MMD-CLB

**ORDER STRIKING PLAINTIFF'S NOTICE**

[ECF No. 30]

Before the Court is Plaintiff Michael McNeil's ("McNeil") notification to the Court of intent to meet and confer. (ECF No. 30.) On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. Pursuant to this general order, parties must **not** file "notices" or "letters" with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel. GO 2021-05, § 3(d). Improperly filed "notices" or "letters" will be stricken from the docket. *Id.*

Furthermore, it seems McNeil intends his notice to serve as an attempt to coordinate a meet and confer with counsel for Defendants in this case. (ECF No. 30.) The Court reminds McNeil that to comply with the meet and confer requirement, he is required to send a written communication to opposing counsel explaining, with specificity, the discovery dispute, and a request to hold a telephonic meet and confer session.

**IT IS THEREFORE ORDERED** that McNeil's notice, (ECF No. 30), be **STRICKEN**.

**IT IS SO ORDERED.**

**DATED**: January 27, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**