# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MICHAEL MCNEIL,

                                    Plaintiff,

v.

WILLIAM GITTERE, *et al.*,

                                    Defendants.

Case No. 3:24-CV-00188-MMD-CLB

**ORDER STRIKING PLAINTIFF'S NOTICE**

[ECF No. 34]

Before the Court is Plaintiff Michael McNeil's ("McNeil") notification to the Court of intent to meet and confer. (ECF No. 34.) McNeil previously filed a nearly identical motion less than a month ago. (ECF No. 30.) The Court entered an order admonishing McNeil that General Order No. 2021-05 ("GO 2021-05") specifically prohibited filing notices with the Court. (*Id.*) The Court therefore ordered the notice stricken, and explained to McNeil that if he wants to meet and confer with opposing counsel he must reach out to them himself. (ECF No. 31.) Nevertheless, McNeil filed yet another notice of his intent to meet and confer in direct violation of the Court's earlier order, and in direct violation of GO 2021-05. McNeil's disregard of the Court's order is unacceptable, and the Court hereby **STRIKES** McNeil's notice of intent to meet and confer. McNeil is advised for the last time that if he files another improper notice, he will be subject to sanctions.

**IT IS SO ORDERED**.

**DATED**: February 19, 2026 .

_____
**UNITED STATES MAGISTRATE JUDGE**