AARON D. FORD
  Attorney General
KYLE L. HILL, Bar No.16094
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Tasheena Cooke,*
*William Gittere, Curtis Rigney, Walter Romero,*
*and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MCNEIL, | Case No. 3:24-cv-00188-MMD-CLB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| WILLIAM GITTERE, *et al.*, | [ECF No. 42] |
| Defendants. | |

Defendants, Tasheena Cooke, William Gittere, Curtis Rigney, Walter Romero and Brian Williams, by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, Kyle L. Hill, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the second request to extend the subject deadline.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    RELEVANT BACKGROUND INFORMATION

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, Michael McNeil (McNeil). On October 21, 2025, this Court entered a scheduling order with a discovery deadline of February 17, 2026, and a dispositive motion deadline of March 19, 2026. ECF No. 29. On March 18, 2026, Defendants requested an extension of the subject deadline (ECF No. 40), which this Court granted the same day, extending the subject deadline to April 20, 2026. ECF No. 41.

McNeil has two additional cases—USDC Case No. 3:20-cv-00668-APG-CSD and USDC Case No. 2:18-cv-01594-RFB-BNW—which recently returned from the Ninth Circuit and are currently being scheduled for trial. Parties have been discussing a global settlement, which would include the two previously mentioned cases in addition to this matter, USDC Case No. 3:24-cv-00188-MMD-CLB. These global settlement discussions are taking some time to complete, as Plaintiff is being housed in a different state. While some progress has been made in negotiations, additional time is needed to determine whether a global agreement can be reached.

## II.    ARGUMENT

Defense counsel respectfully requests an additional thirty (30) day extension of time to file Defendants' dispositive motion from the current deadline of April 20, 2026, to **May 20, 2026**.

With a potential global settlement involving this matter, undersigned counsel requests an additional continuance of the dispositive motion deadline in order for parties to agree to a global settlement which would potentially resolve this matter without the need for briefing on dispositive motions.

### A.    Current Deadlines

| | |
|---|---|
| Dispositive motion deadline: | April 20, 2026 |
| Joint pretrial order (if no dispositive motions filed): | May 20, 2026 |

### B.    Proposed Deadlines

| | |
|---|---|
| Dispositive motion deadline: | May 20, 2026 |
| Joint pretrial order (if no dispositive motions filed): | June 19, 2026 |

### C.    Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists as discussed above so the Parties can have additional time to reach a global settlement involving this case. LR 26-3.

Defendants seek an additional thirty (30) days to file the instant dispositive motion in this case in order to have additional time to reach a global settlement involving three of

Plaintiff's active cases, including this matter. Defendants assert that the requisite good cause is present to warrant the requested extension of time. This is the second request to extend the subject deadline.

### III.   CONCLUSION

Defendants respectfully request this Court extend the deadline for dispositive motion in this matter a second time. Defendants assert the requisite good cause is present to warrant an additional extension of time. Therefore, Defendants request additional time, up until **May 20, 2026**, to file dispositive motions in this matter.

DATED this 15th day of April 2026.

AARON D. FORD
Attorney General

By:   */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General
*Attorneys for Defendants*

### ORDER

Good cause appearing, Defendants' motion to extend the deadline to file their motion for summary judgment, (ECF No. 42), is **GRANTED**. However, no further extensions will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

**DATED:** April 16, 2026

_____
UNITED STATES MAGISTRATE JUDGE